Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Matthew John BURDICK |
| **Docket Number:** | 2:02CR00484-01 |
| **Offender Address:** | Cameron Park, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 09/17/2003 |
| **Original Offense:** | 18 USC 111(a)(1) and (b) - Assault With a Dangerous Weapon (CLASS C FELONY) |
| **Original Sentence:** | 70 months custody Bureau of Prisons; 36 months Supervised Release; $25,395.70 restitution; $100 special assessment; Mandatory drug testing |
| **Special Conditions:** | Warrantless search; Substance abuse treatment and testing; Mental health treatment; Co-payment for treatment or testing services |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 12/04/2007 |
| **Assistant U.S. Attorney:** | S. Robert Tice-Raskin    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Vicki Cody    **Telephone:** (916) 498-5700<br>Assistant Federal Defender |

**RE:  Matthew John BURDICK**
    **Docket Number:  2:02CR00484-01**
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

**04/06/2009**:                Prob 12B Petition:  Modification approved to include restitution payments of no less than $25 per month, payable no later than the 15th of each month.

**07/16/2009**:                Prob 12A1 Petition: Non-Compliance Notification - Offender was arrested for being under the influence of a controlled substance, specifically, methamphetamine, and illicit drug use (marijuana) based on positive urinalysis.  Court approved plan for continued formal drug testing and individual counseling.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

7. The defendant shall comply with the conditions of home curfew for a period of 30 days to commence when directed by the probation officer.  During this time, the defendant will remain at his place of residence between 7:00 p.m. and 7:00 a.m., unless the defendant's absence from home during curfew is approved in advance by the probation officer.  The defendant will maintain telephone service at his place of residence without an answering service at his place of residence, without an answering device, call waiting, a modem, caller ID, call forwarding, or a cordless telephone for the above period.

    At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer.  The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

**RE:   Matthew John BURDICK**
   **Docket Number:  2:02CR00484-01**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Justification:**  Prior to the most recent non-compliance summary submitted to the Court on July 14, 2009, Burdick had been drug and alcohol free.  He fully participated in individual counseling, as well as the drug and alcohol testing programs.  However, he incurred a new law violation of being under the influence of a controlled substance on May 4, 2009 (subsequently dismissed),  and then tested positive for marijuana on June 1, 2009.  As indicated in previous petitions to the Court, Burdick is suffering from extensive medical issues related to diabetes and past drug use.  He is on numerous medications, has lost almost all eyesight and kidney function.

As he explained, when he is not monitored by family and he needs something to eat, he will get into a vehicle, travel to the local convenience store, and then an incident will occur.  His license has been suspended based on his medical issues.

This report is being prepared because Burdick was involved again in an incident where he traveled in a vehicle to the local convenience store, went into a diabetic coma, and when the truck was searched, they found traces of methamphetamine and a pipe.  Burdick adamantly denied that these two items were his, and his sister submitted a written statement indicating she and her boyfriend had used the truck in the past, and she believed the drugs and paraphernalia found in the truck were hers.  The El Dorado County Superior Court apparently agreed and dropped all charges in this case with the exception of the Driving on a Suspended License charge.  He was ultimately convicted in El Dorado Superior Court, Docket Number P10CRM8126, for Driving on a Suspended License.  He was sentenced to 36 months Summary Probation and ordered to pay a fine and court costs in the amount of $1,140, which was stayed pending successful completion of Probation.  Furthermore, the Court allowed Burdick to get medical documentation supporting his ability to hold a driver's license for DMV's approval.

**RE:**   **Matthew John BURDICK**
**Docket Number:  2:02CR00484-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Burdick continues weekly drug testing, as well as mental health counseling.  In speaking with Burdick's counselor, she reported he is making great progress in learning decision-making tools.  Based on his positive progress, she would like to continue working with him in the community.  Burdick has made a sincere commitment to the probation officer and to his counselor to cease any further drug use, as well as driving.  In discussing this issue with his family, the probation officer has expressed extreme concern about his ability to get into a vehicle while his family is absent, and they have assured this probation officer they are doing everything in their power to alleviate this problem in the future.  Burdick is scheduled to terminate from community supervision in December of 2010.  Based on his sincere efforts over the past few months to remain incident-free, as well as the positive efforts and strides he is making in individual mental health counseling, he appears amenable to further supervision and resources in the community.  Burdick has signed a Prob 49 - Waiver of Hearing to Modify Conditions, and has agreed to 30 days home curfew as a sanction for his recent  non-compliance, and to address community safety concerns and the welfare of the releasee.  He was also given a letter of reprimand outlining his non-compliance and advising any further non-compliant behavior will result in a court appearance and more stern recommendation.  Therefore, it is respectfully recommended that the Court allow the probation officer to continue working with Burdick and that the Court approve the above modification.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**
Telephone:  (916) 786-2861

**DATED:**   June 18, 2010
Roseville, California
SRS:cd

**REVIEWED BY:**   /s/ Terence E. Sherbondy
**TERENCE E. SHERBONDY**
**Supervising United States Probation Officer**

RE:   Matthew John BURDICK
      Docket Number:  2:02CR00484-01
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( x )   Modification approved as recommended.

Date:  June 22, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:   United States Probation
      S. Robert Tice-Raskin, Assistant United States Attorney
      Vicki Cody, Assistant Federal Defender
      Defendant
      Court File